## MIDLAND ELEVATOR CO. v. ROBEY.

No. 3773.   Opinion Filed August 18, 1914.

(143 Pac. 1169.)

*Error from District Court, Oklahoma County;*

*W. R. Taylor, Judge.*

Action by the Midland Elevator Company against R. E. Robey for balance due on a promissory note. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

*S. A. Horton,* for plaintiff in error.

*Giddings & Giddings,* for defendant in error.

Opinion by HARRISON, C.   This was an action for an alleged balance due upon a promissory note, the trial resulting in a judgment for defendant, and from such judgment the plaintiff appeals.

The facts and propositions of law in this case are identical with those in *Midland Elevator Co. v. Harrah, ante,* 143 Pac. 1168, and *Midland Elevator Co. v. Harrah- Robb Grain Co., ante,* 143 Pac. 1168, and by stipulation of the parties the three causes are consolidated, the opinion in this cause to be the same as the opinion in *Midland Elevator Co. v. Harrah, supra.*

For the reasons given in the decision in that case, the judgment in this case should be reversed, and the cause remanded.

By the Court:   It is so ordered.